MARIE HOGAN, as Committee of the Person and Property of JOSEPH R. HOGAN, Respondent, v. FRANCIS N. BREDENBACH, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.